IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER CORDERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:22-cv-04095-SEG |
| PAPA JOHN'S USA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff having announced that the parties have reached a settlement in principle, the Court hereby **DIRECTS** the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED,** this 30th day of January, 2023.

_____
Sarah E. Geraghty
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.